FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MARIANO ALBERT GONZALEZ, Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| JOB CORP., Defendant, | Case No. 2:07-CV-374 DB |

On May 16, 2008, Magistrate Judge Samuel Alba issued a Report and Recommendation recommending that Plaintiff's complaint be dismissed because the court was "not able to determine what type of federal claim Plaintiff was alleging" and "was not even able to understand what was being communicated in a significant portion of the pleading." (Report and Recommendation at 2.) The parties were notified by mail of their right to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b), within ten (10) days after receiving it. The parties were further instructed that failure to file objections may constitute waiver of those objections on subsequent appellate review.

On June 9, 2008, Plaintiff filed a handwritten document with the Court. Although the document lists the civil number assigned to this case, it is unclear whether this document was intended as an objection to the magistrate judge's Report and Recommendation and the Court is unable to discern Plaintiff's allegations or claims.

Having reviewed all relevant materials, including the reasoning set forth in Magistrate Alba's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Plaintiff's complaint is DISMISSED.

It is so ORDERED.

Dated this 16th day of July, 2008.

Dee Benson
United States District Court Judge